Sylvia Ryan WEBSTER, Plaintiff–Appellant,

v.

Vanessa ADAMS, Alderson Prison Camp, Defendant–Appellee.

No. 04-6911.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 12, 2004.

Decided: Aug. 20, 2004.

Sylvia Ryan Webster, Appellant pro se.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sylvia Ryan Webster appeals the district court's order accepting the report and recommendation of the magistrate judge and dismissing her complaint filed under 28 U.S.C. § 2241 (2000), and also considered under *Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed

---

the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Webster v. Adams*, No. CA–03–690–1 (S.D.W. Va. filed May 13, 2004 & entered May 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*